IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GENE GRAHAM, I,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-1933-L-BW** |
| | § | |
| **OFFICER SANCHEZ; OFFICER WITH OFFICER SANCHEZ; GREGORY NELSON, DIRECTOR OF DALLAS CITY MARSHALLS; CEE DEE TOWING JEFF H. LEHAMN; LA DONNA SHANKLE; and KARLA DAVIS,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On July 16, 2026, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 7) ("Report"), recommending that the court deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 4), filed on June 11, 2026, and dismiss without prejudice this action unless Plaintiff pays the appliable filing fee, either in full by August 13, 2026 or, if appropriate, in four equal monthly installment payments beginning August 13, 2026 and ending November 13, 2026, or by some other deadline established by the court. No objections to the report were filed with the fourteen-day period for filing objections. Moreover, Plaintiff has not made any effort to pay the filing fee by the deadlines set by the magistrate judge, and there has been no activity in this case since the Report was filed.

Having considered Plaintiff's Application, the Report, file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Application (Doc. 4) and

**dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) as a result of Plaintiff's failure to prosecute and comply with a court order.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Plaintiff, however, may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, United States Court of Appeals for the Fifth Circuit, within 30 days of this order.

**It is so ordered** this 27th day of August, 2026.

Sam A. Lindsay
United States District Judge